HOWARD E. COLE
Nevada Bar No. 4950
hcole@lrlaw.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendant*
*Czarnowski Display Service, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LIESE TAMBURRINO, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>CZARNOWSKI DISPLAY SERVICE, INC., a foreign corporation; Does 1 through X, inclusive; Roe corporations, I through X, inclusive,<br><br>        Defendants. | Case No. 2:11-cv-02067-KJD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between defendant Czarnowski Display Service Inc., by its attorney Howard E. Cole of Lewis and Roca LLP, and plaintiff Liese Tamburrino ("Plaintiff"), by her attorney Andrew L. Rempfer of Cogburn Law Offices, that Plaintiff's complaint and all claims and causes of action expressed therein shall be and hereby dismissed with prejudice, each party to

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1  bear its/her own attorneys' fees and costs.

2

3  LEWIS AND ROCA LLP                          COGBURN LAW OFFICES

4

   /s/ Howard E. Cole                          /s/ Andrew L. Rempfer
5  HOWARD E. COLE                              ANDREW L. REMPFER
   Nevada Bar No. 4950                         Nevada Bar No. 8628
6  JENNIFER K. HOSTETLER                       9555 S. Eastern Ave., Suite 280
   Nevada Bar No. 11994                        Las Vegas, Nevada 89123
7  3993 Howard Hughes Parkway, Ste. 600        *Attorney for Plaintiff*
   Las Vegas, NV  89169                        DATED: 4/13/2012
8  (702) 949-8200
   (702) 949-8398 (fax)
9  *Attorneys for Defendant*
   DATED: 4/13/2012
10

11

12                                             **IT IS SO ORDERED**

13

14                                             _____
                                               UNITED STATES DISTRICT JUDGE
15                                             DATED: 4/13/12

16

17

18

19

20

21

22

23

24

25

26

27

28